# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**JEAN M. AULICINO,**

      Plaintiff,

  vs.

                                        **CASE NUMBER: 1:12-CV-1368**

**CAROLYN W. COLVIN**,
Acting Commissioner of Social
Security,

      Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the final decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the parties' stipulation;

All of the above pursuant to the stipulation and order of the Honorable Andrew T. Baxter, United States Magistrate Judge, dated the 13th day of March, 2013.

DATED: March 13, 2013

                                                                            Clerk of Court

                                                           Christine Mergenthaler
                                                           Deputy Clerk

entered and served
3/13/13 - cm